UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORMEL FOODS CORPORATION HOURLY EMPLOYEES' PENSION PLAN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>MARIE E. PEREZ,<br><br>   Defendant. | Case No. 1:22-cv-00879-JLT-EPG<br><br>ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF<br><br>(ECF No. 9) |

This matter is before the Court on Plaintiffs' motion for administrative relief, which seeks to extend the deadline to request an entry of default against Defendant Marie E. Perez from March 3, 2023 to March 24, 2023. (ECF No. 9, *see* ECF No. 8). As grounds, Plaintiffs' state that the parties need additional time to finalize their settlement agreement and that Plaintiffs' counsel has called and left messages for Defendant, who is proceeding *pro se*, but has not been able to reach her to ascertain her position on the extension request.

Finding good cause, IT IS ORDERED that the motion for administrative relief (ECF No. 9) is granted. The deadline to request an entry of default against Defendant is extended from March 3, 2023 to March 24, 2023.
IT IS SO ORDERED.

Dated:   **March 6, 2023**                    /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE

1