UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORMEL FOODS CORPORATION HOURLY EMPLOYEES' PENSION PLAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARIE E. PEREZ,<br><br>    Defendant. | Case No.   1:22-cv-00879-JLT-EPG<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENT IN SUPPORT OF MOTION OF DEFAULT JUDGMENT<br><br>(ECF No. 16) |

On May 2, 2023, the Court issued an order permitting Plaintiffs to file a supplement, by no later than May 22, 2023, in support of their motion for default judgment. (ECF No. 15). Plaintiffs now move for an extension to May 31, 2023, to file a supplement. (ECF No. 16). As grounds, they state as follows:

> Plaintiffs need additional time so they may properly support their Motion for Default Judgment. Plaintiffs' attorney in charge of the case, the relationship with Plaintiffs, and communication with Plaintiffs' representatives, as well as the individual who has expertise in this ERISA matter, was previously traveling for most of the week of May 8, and will be further traveling for much of the week of May 15. He will be unable to assist with preparation of the supplement. (Declaration of Andrew Holly in Support of Motion For Administrative Relief To Extend Plaintiffs' Deadline To File A Supplement In Support of Motion For Default Judgment ("Holly Decl.") ¶2.) Plaintiffs' other counsel has no ERISA expertise. (Welch Decl. ¶6.) Plaintiffs request a brief extension to May 31, 2023 so Plaintiffs may have the benefit of full participation of their attorneys in the preparation of the supplement.

(ECF No. 16, p. 3).

1

Upon review, IT IS ORDERED as follows:

1. Plaintiffs motion for extension of time to file a supplement (ECF No. 16) is granted.
2. Plaintiffs are permitted to file a supplement by no later than May 31, 2023, providing developed argument in support of their motion for default judgment.
3. If Plaintiffs do not file a supplement by this date, the Court will address the motion for default judgment as currently briefed.

IT IS SO ORDERED.

Dated:   **May 19, 2023**                                   /s/ Eric P. Grosjean
                                                                            UNITED STATES MAGISTRATE JUDGE